# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| JAMES MICHAEL WILLIAMS, | : | |
| Plaintiff, | : | |
| v. | : | 1:08-CV-28(WLS) |
| DR. AYERS, | : | |
| Defendant. | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed July 1, 2009. (Doc. 15). It is recommended that Defendant's Motion for Summary Judgment (Doc. 12) be granted. No objection has been filed to date.[1]

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 15) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendant's Motion for Summary Judgment (Doc. 12) is **GRANTED.**

**SO ORDERED**, this   19th   day of August, 2009.

       /s/W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**

---

[1] The Court notes here that the copy of the Report and Recommendation sent to Plaintiff after it was filed on July 1, 2009 was returned as undeliverable on July 20, 2009. (Doc. 16)